**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                     CASE NO.  3:95cr03089-30/RV

JEFFERY JEROME TOLER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on __March 19, 2009__

Motion/Pleadings: __MOTION to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)__

Filed by __Defendant__ on __05/05/2008__ Doc.# __1212__

RESPONSES:

__None__ on _____ Doc.# _____

_____ on _____ Doc.# _____

____ Stipulated ____ Joint Pldg.
____ Unopposed ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Jerry Marbut_

LC (1 OR 2)     Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* __26th__ *day of* __March__ *, 2009, that:*

(a) The requested relief is DENIED.
(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.
(c) The amendments do not affect the Defendant's sentencing guideline range.

                                                    /s/ *Roger Vinson*
                                                    *ROGER VINSON*
                                   *Senior United States District Judge*